

**Gary Houck <gary@uberscientific.com>**

## RE:[CASE 4176099651] Brand Registry request for UberScientific

| | |
|---|---|
| **brand-registry-support@amazon.com** <brand-registry-support@amazon.com><br>To: "gary@uberscientific.com" <gary@uberscientific.com> | Thu, Jul 20, 2017 at 5:26 PM |

Greetings from Amazon Brand Registry Support !

Congratulations! Your brand UberScientific has been successfully enrolled in the Amazon Brand Registry. All of your UberScientific branded products will be automatically included in the Brand Registry.

Please read this email carefully to ensure your products are correctly enrolled in the Amazon Brand Registry.

Registration and Listing Details:

Brand Name: UberScientific

You must write the brand name, spelled and capitalized exactly as you see it above, when you list products for this brand. If the brand name is spelled or capitalized differently on any of your existing listings, update those listings now to ensure that the products are included in the Amazon Brand Registry.

Key Attribute: UPC

You must enter a unique value for each of your products in the Key Attribute field specified above when you list products for this brand. If you do not have unique key attribute values for each of your existing products, update those products with unique values now to ensure that the products are included in the Amazon Brand Registry.

For more information on enrolling your product listings, refer to the Seller Central help pages:
https://sellercentral.amazon.com/gp/help/200968650?referral=AAVF7P18ZT2A8_ A2YIEHE70LO491&referral=A3DJO4S556JXC3_A1499G5KAHS57S&referral=A3INXXYZ04VE2U_ A1499G5KAHS57S

** Additional Important Notes

Category Approval: Even though your brand is now enrolled in the Amazon Brand Registry, you will still need approval to list in certain categories

For more information on these categories, visit this help page: https://sellercentral.amazon.com/gp /help/201003340?referral=AAVF7P18ZT2A8_A2YIEHE70LO491&referral= A3DJO4S556JXC3_A1499G5KAHS57S&referral=A3INXXYZ04VE2U_A1499G5KAHS57S

Fulfillment by Amazon (FBA): If you use FBA, your products must have a scannable barcode. This could be either the UPC, EAN or an FBA label that you print from Seller Central. If you choose to

label your products with an FBA label, you must cover any other scannable barcodes like UPC or EAN.

Frustration Free Packaging: As a Brand Registry seller, you are now eligible to participate in the Frustration-Free Packaging program

For more information on how to enroll and how you and your customers can benefit from this program, visit this help page:
https://sellercentral.amazon.com/gp/help/200405070?referral=AAVF7P18ZT2A8_A2YIEHE70LO491&referral=A3DJO4S556JXC3_A1499G5KAHS57S&referral=A3INXXYZ04VE2U_A1499G5KAHS57S

The application has been approved and you can start listing new items under brand registry after 48 hours. I hope the information helps.

We wish you the very best in business and a good health. I personally wish you continued success in all future endeavors with us and a long lasting acquaintance with sellers like you is what we look forward to.

Have a great day!

Please let us know how we did.
Were you satisfied with the support provided?

| Yes | No |

Thank you!

Best regards,

Rithika K.
Amazon Brand Registry Support

To contact us again about this issue, use the Contact Us form in Brand Registry using the following link:
https://brandregistry.amazon.com/gp/case-dashboard/view-case.html?caseID=4176099651

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.