UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UBER SCIENTIFIC, LLC dba<br>AMAZON SELLER UBERSCIENTIFIC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOE BOBBIE RODRIQUEZ<br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-03143-SDG<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF UBER SCIENTIFIC, LLC'S
### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Uber Scientific, LLC dba Amazon Seller UberScientific ("Plaintiff"), respectfully requests that the Court vacate its Order to Show Cause [ECF 18] and expand its Expedited Discovery Order [ECF 10]. Such expansion will allow Plaintiff to ascertain additional information related to the real identity of this case's sole defendant, Defendant Doe Bobbie Rodriquez ("Defendant Doe").

### TIMELINE

Plaintiff filed its Complaint on July 10, 2019 [ECF 1]. Shortly thereafter, Plaintiff filed a Motion to Expedite Discovery [ECF 4], which the Court granted on April 2, 2020 [ECF 10]. Plaintiff served a subpoena upon Amazon.com, Inc. on April 10, 2020. Exhibit 1 (Letter and Subpoena to Amazon.com, Inc.).

Amazon.com, Inc. served its Objections to Plaintiff's Subpoena on May 15, 2020 ("Amazon's Objections").  Exhibit 2 (2020.5.15 - Amazon.com, Inc's Objections).  Amazon's Objections did not reveal the true identity of Defendant Doe.

Accordingly, Plaintiff's counsel and Amazon's outside legal counsel conferred telephonically on May 22, 2020.  Exhibit 3 (Email String).

Later, on June 8, 2020, Amazon's outside legal counsel informed Plaintiff's counsel that Amazon had identified a seller account responding to Plaintiff's Subpoena.  Exhibit 3 (Email String).  However, Amazon's identification consisted of a single email address.  Exhibit 3 (Email String).

Plaintiff's counsel sought more identification concerning Defendant Doe's real identify such as seller account name, merchant token, individual(s) or entity(s) name(s), address, and phone number.  This information would be used to file an Amended Complaint.

To date, Plaintiff does not possess Defendant Doe's true identity.

## ARGUMENT

Plaintiff respectfully requests that the Court expand its ORDER granting in part and denying in part [4] Motion to Expedite Discovery [ECF 10] to allow Plaintiff to serve Amazon with another Rule 45 subpoena requesting all

information in its possession regarding seller accounts associated with the email address [rodriquez@i-copyright.com](mailto:rodriquez@i-copyright.com).  Exhibit 3 (Email String).

This Court should expand its Order [ECF 10] because the relief sought is available under the Federal Rules of Civil Procedure; Plaintiff has demonstrated good cause; this good cause outweighs any prejudice to Defendant Doe; and similarly situated courts have granted this type of motion.

Should the Court expand its Order, upon information and belief, Plaintiff will learn Defendant Doe's identity from Amazon.com's records.  *See* Proposed Order.  Thus, Plaintiff seeks an Order for expedited discovery to learn Defendant Doe's identity by serving a Rule 45 subpoena on Amazon.com.  FED. R. CIV. P. 45.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court to vacate its Show Cause Order [ECF 18], to exercise its discretion to relieve Plaintiff from the requirements of Rules 26(d) and 26(f), and to enter an Order granting expedited discovery.  FED. R. CIV. P. 26.

Respectfully submitted, this October 26, 2020.

>By:   /Jeffrey T. Breloski
>Jeffrey T. Breloski
>Georgia Bar No. 858291
>E-mail:  jbreloski@ATLawip.com
>ATL<small>AW</small>*IP* LLC
>1265 Stuart Ridge
>Johns Creek, Georgia 30022
>678.667.3491
>
>*Attorney for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned counsel certify that the foregoing has been prepared in Book Antiqua 13 point, one of the four fonts and points approved by the Court in LR 5.1C.

/s/ Jeffrey T. Breloski  
Jeffrey T. Breloski  
Georgia Bar No. 858291  
E-mail:  jbreloski@ATLawip.com

## CERTIFICATE OF SERVICE

I also certify that I have electronically filed a copy of the foregoing and understand that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and that parties may access this filing through the CM/ECF system.

Dated: October 26, 2020

/s/ Jeffrey T. Breloski
Jeffrey T. Breloski
Georgia Bar No. 858291
E-mail: jbreloski@ATLawip.com