| | |
|---|---|
| **From:** | Snodgrass, Ramie |
| **To:** | jbreloski@atlawip.com |
| **Cc:** | Crawford, Donna; Snodgrass, Ramie |
| **Subject:** | RE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections |
| **Date:** | June 8, 2020 1:59:39 PM |

Hi Jeff,

I wanted to circle back with you on your request for contact information for the seller associated with these 2 ASINS (x31B and x2H1) and rodriquez@i-copyright.com.

Amazon cannot identify a seller strictly by using an ASIN; we would need an order ID.

We identified a seller associated with rodriquez@i-copyright.com, but that seller was not associated with either of the ASINs you provided.

If you have any questions, please let me know.

**Ramie Snodgrass** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8208 | Fax: (206) 757-7208
Email: ramiesnodgrass@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Snodgrass, Ramie
**Sent:** Friday, May 22, 2020 8:15 AM
**To:** 'jbreloski@atlawip.com' <jbreloski@atlawip.com>
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

Sure, sounds good.

**Ramie Snodgrass** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8208 | Fax: (206) 757-7208
Email: ramiesnodgrass@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** jbreloski@atlawip.com <jbreloski@atlawip.com>
**Sent:** Thursday, May 21, 2020 3:17 PM
**To:** Snodgrass, Ramie <RamieSnodgrass@dwt.com>
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

**[EXTERNAL]**

Sounds good, Ramie.

Do you want to call my number below?

Thanks,
  Jeff

Jeffrey T. Breloski
**ATLaw*ip* LLC**
1265 Stuart Ridge
Johns Creek, Georgia 30022
Telephone No.:  (678) 667-3491
**In/out Office; Expedited – 6.4-8; 6.25-27; 7.20-24**
             **Stay Healthy re COVID-19 (Coronavirus)**

---

**From:** Snodgrass, Ramie <RamieSnodgrass@dwt.com>
**Sent:** May 21, 2020 11:04 AM
**To:** jbreloski@atlawip.com
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

Hi Jeff,

Either is fine for me.  Unless you have a preference, let's do 9:30 a.m. PST (12:30 p.m. EST).

Best, Ramie

**Ramie Snodgrass** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8208 | Fax: (206) 757-7208
Email: ramiesnodgrass@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** jbreloski@atlawip.com <jbreloski@atlawip.com>
**Sent:** Thursday, May 21, 2020 7:03 AM
**To:** Snodgrass, Ramie <RamieSnodgrass@dwt.com>
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

**[EXTERNAL]**

---

Hi Ramie,
Thanks for your email.  Yes, I'm free tomorrow at 9:30 AM.  Do you mean PST or EST?  I assume the latter.

Let me know,
  Jeff

Jeffrey T. Breloski
**ATLaw*ip* LLC**
1265 Stuart Ridge
Johns Creek, Georgia 30022
Telephone No.:  (678) 667-3491
**In/out Office; Expedited – 6.4-8; 6.25-27; 7.20-24**
                    **Stay Healthy re COVID-19 (Coronavirus)**

---

**From:** Snodgrass, Ramie <RamieSnodgrass@dwt.com>
**Sent:** May 20, 2020 10:30 AM
**To:** jbreloski@atlawip.com
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>; Snodgrass, Ramie <RamieSnodgrass@dwt.com>
**Subject:** FW: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

Hi Jeff,

I was forwarded your message below.  Are you available to meet and confer on Friday (5/22) morning at 9:30 a.m.?

Best, Ramie

**Ramie Snodgrass** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8208 | Fax: (206) 757-7208
Email: ramiesnodgrass@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** jbreloski@atlawip.com <jbreloski@atlawip.com>
**Sent:** Tuesday, May 19, 2020 12:45 PM
**To:** Beetham, Zachary <ZacharyBeetham@dwt.com>
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: RESPONSE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

**[EXTERNAL]**

---

Thanks, Mr. Beetham.

When can we expect Amazon's substantive responses?

Take care,

Jeff

Jeffrey T. Breloski
**ATLaw*ip* LLC**
1265 Stuart Ridge
Johns Creek, Georgia 30022
Telephone No.:  (678) 667-3491
**In/out Office; Expedited – 6.4-8; 6.25-27; 7.20-24**
**Stay Healthy re COVID-19 (Coronavirus)**

---

**From:** Beetham, Zachary <ZacharyBeetham@dwt.com>
**Sent:** May 15, 2020 4:35 PM
**To:** JBreloski@ATLawip.com
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RESPONSE: SUB1004853 Uber Scientific LLC dba Amazon Seller Ub vs Doe Bobbie Rodriquez Objections

Hello,

Attached are the responses to the above referenced matter on behalf of Amazon.

Best,

**Zachary Beetham** | Davis Wright Tremaine LLP
Client Prog Coordinator
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8706 | Fax: (206) 757-7700
Email: zacharybeetham@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.